[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APRIL 6, 2012
JOHN LEY
CLERK

_____

No. 11-12352 ; 11-12526

_____

D.C. Docket No. 1:10-cv-03357-TWT

UNITED JEWISH COMMUNITIES, INC.,
trading as United Jewish Appeal,

Plaintiff - Appellant,

versus

FEDERAL DEPOSIT INSURANCE CORPORATION,
as receiver for The Midtown Community Bank,

Defendant - Appellee.

_____

Appeals from the United States District Court
for the Northern District of Georgia

_____

(April 6, 2012)

Before WILSON and MARTIN, Circuit Judges, and ALBRITTON,* District Judge.

PER CURIAM:

_____

* Honorable W. Harold Albritton, United States District Judge for the Middle District of Alabama, sitting by designation.

United Jewish Communities, Inc. appeals the district court's grant of the Federal Deposit Insurance Corporation's (FDIC) motion for dismissal under Federal Rule of Civil Procedure 12(b)(6). The FDIC cross appeals certain legal conclusions reached by the district court in its order dismissing the complaint. After reviewing the briefs, and with the benefit of oral argument, we affirm the judgment for the reasons set forth in the district court's order.

**AFFIRMED.**